KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBN 42906
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2662
      E-Mail: Edmund.Darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ALCARAZ,<br><br>           Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.: 1:25-cv-00403-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 28, 2025, up to and including August 27, 2025.  This is the Defendant's first request for an extension.

      Defendant makes this request in good faith and for good cause.  Defendant's undersigned attorney has another district court brief due on July 25, 2025 and three district court briefs due between August 6, 2025 and August 8, 2025.  He has additional duties specific to answering new complaints, with 36 such assignments he has completed in the prior month, which have resulted in 14 voluntary remands.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 21, 2025

/s/ *Jeffrey Duarte*
(*as authorized via e-mail on July 21, 2025)
JEFFREY DUARTE
Attorney for Plaintiff

KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Edmund Darcher*
EDMUND DARCHER
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 27, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  **July 22, 2025**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE