KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBA 42906
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Blvd.
    Baltimore, MD 21235
    Telephone: (206) 615-2662
    Email: edmund.darcher@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR ALCARAZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:25-cv-00403-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings. This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

    On remand, the Commissioner will further develop the record as necessary and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: August 4, 2025      <u>*/s/ Jeffrey R. Duarte*</u>
JEFFREY R. DUARTE
Attorney for Plaintiff
*Authorized via e-mail on Aug. 4, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   <u>/s/ *Edmund Darcher*</u>
EDMUND DARCHER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:   **August 5, 2025**          <u>    /s/ Gary S. Austin    </u>
UNITED STATES MAGISTRATE JUDGE